United States District Court
Southern District of Texas
**ENTERED**
April 07, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MMA LAW FIRM, PLLC, | § | |
| | § | |
| *Debtor*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-1342 |
| | § | |
| BROUSSARD INJURY LAWYERS, LLC, | § | |
| | § | |
| *Appellant*. | § | |

## MEMORANDUM ORDER

Pending before the Court in the above referenced proceeding is Broussard Injury Lawyers, LLC's Motion to Withdraw the Bankruptcy Reference (filed in Adversary proceeding number 25-3017 and re-filed in this Court as Doc. No. 2). The recommended ruling in Chief Bankruptcy Judge Rodriguez's Report and Recommendation (Doc. No. 1) would resolve this motion if adopted by this Court. Neither party filed objections. After a review of the filings, the applicable law, and Judge Rodriguez's Report and Recommendation, the Court hereby **ADOPTS** the Report and Recommendation, and hereby withdraws the reference as to all matters involving the division of attorney's fees between Broussard Injury Lawyers, LLC and MMA Law Firm, PLLC, the debtor.

Signed at Houston, Texas, on this the 3rd day of April, 2025.

Andrew S. Hanen
United States District Judge